UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CLINT PHILLIPS, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-485 CAS |
| | ) | |
| UNKNOWN BLANKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's motion for leave to commence this action without payment of the required filing fee. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed CJA Form 23 financial affidavit in support of his application for in forma pauperis status (Doc. 3). Plaintiff has failed to state whether he has any cash on hand or money in a savings or checking account and, if he does, the total amount of cash or in said account(s). In addition, plaintiff has failed to list the monthly payments for his "Debts & Monthly Bills." As such, the Court is unable to determine, at this time, if he is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have until **May 18, 2015** to either (1) pay the full statutory filing fee, or (2) submit a fully-completed CJA Form 23 financial affidavit.

**IT IS FURTHER ORDERED** that, upon plaintiff's submission of a timely and fully-completed CJA Form 23 financial affidavit, the Clerk shall cause this case to be resubmitted for review under 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 financial affidavit by **May 18**, **2015**, this case will be dismissed, without prejudice and without further notice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  17th  day of April, 2015.