# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| CLINT PHILLIPS, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15-CV-485 CAS |
| ) | |
| UNKNOWN BLANKS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a summons that was returned "unexecuted" by the United States Marshals Service as to defendant Officer Unknown Blanks. (See Doc. 9). Pursuant to a previous Order of this Court (Doc. 6), the Clerk of Court was instructed to issue process or cause process to be issued on the amended complaint as to this defendant. Plaintiff's Complaint alleges that Blanks was a police officer with the St. Louis City Police Department in the Sixth District on Union Boulevard. The Marshals Service attempted to serve defendant Blanks at that location. The returned summons, however, bears the notation: "Desk sgt. stated no one with name Blanks works there. Unservable with information provided."

As plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, the Court is required to serve process on his behalf, provided that plaintiff has given the Court the proper service information with respect to each defendant. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (in forma pauperis plaintiff is responsible for providing the marshal with the proper address for service on a defendant). As such, plaintiff will be instructed to provide the Court with the full name and current address of Officer Unknown Blanks on or before June 18, 2015, so that service may be effected, as more fully set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that, **on or before June 18, 2015**, plaintiff shall provide the Court with the full name and address of defendant Officer Unknown Blanks, so that service may be effected.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply fully and timely with this Order, the Court will dismiss this action, without prejudice and without further notice to plaintiff.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   18th   day of May, 2015.